[No. 1814-3.   Division Three.   December 8, 1976.]

CLAIR TRUMAN, ET AL, *Appellants*, v. LAD IRRIGATION COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Grant County, No. 23233, B. J. McLean, J., entered December 31, 1975. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 1924-2.   Division Two.   December 13, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD J. BLAND, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 47369, Waldo F. Stone, J., entered June 6, 1975. *Affirmed* by unpublished opinion per Rummel, J. Pro Tem., concurred in by Reed, A.C.J., and Cochran, J. Pro Tem.

[No. 3566-1.   Division One.   December 13, 1976.]

VIRGINIA LOTTMAN, *Respondent*, ROBERT A. YOTHERS, *Appellant*, v. JACK YOUNGBERG, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 771222, Lloyd W. Bever, J., entered January 3, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4605-1.   Division One.   December 13, 1976.]

In the Matter of the Welfare of COLLETTE LISA BAILEY. DONNA BAILEY, *Petitioner*, v. SOLIE M. RINGOLD, *Respondent.*

Certiorari to review a judgment of the Superior Court for King County, No. J-71669, Norman W. Quinn, J. Pro Tem., entered January 12, 1976. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Andersen, JJ.